**COX WOOTTON LERNER**
**GRIFFIN & HANSEN LLP**
Lynn L. Krieger (SBN 209592)
  lkrieger@cwlfirm.com
900 Front Street, Suite 350
San Francisco, California 94111
  T: 415-438-4600
  F: 415-438-4601
Attorneys for Defendants,
AMBITIOUS LINE SA, SHIKISHIMA KISEN
KK, and M/V GROVE ISLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY CO., a corporation; and GREEN DIAMOND RESOURCE COMPANY, a corporation,<br><br>             Plaintiffs,<br><br>vs.<br><br>AMBITIOUS LINE SA, a corporation; SHIKISHIMA KISEN KK, a corporation; and M/V GROVE ISLAND, Official No. 9860300, her engines, tackle, apparel, furniture, appurtenances, and equipment, in rem,<br><br>             Defendants. | Case No.: 3:24-cv-02292-AMO<br><br>**JOINT NOTICE RE SPECIFIC OR RANDOM ASSIGNMENT TO MAGISTRATE FOR SETTLEMENT CONFERENCE; JOINT REQUEST FOR ENLARGEMENT OF TIME TO CONDUCT SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

This court ordered the parties to file a joint notice stating whether there is a particular magistrate judge to whom they would like to be referred. (May 14, 2026, DE 59).

The parties have done so and would like to request assignment to Magistrate Judge **Peter H. Kang** for settlement purposes.

Defendants respectfully request, however, that the parties are permitted approximately sixty (60) days [until **July 24, 2026**] to participate in a settlement conference due to the below trial conflicts:

- *Marian Latasha Willis v. Kai Perich, Zip, Inc., et al.*, Alameda County Superior Court, Case No. RG17866531 (wrongful death jury trial starting June 8, 2026)

Case No. 3:24-cv-02292-AMO

- *Lenise Gordon v. Albertsons Safeway LLC et al.*, San Francisco Superior Court Case No.: CGC-22-602475 (civil rights jury trial starting July 13, 2026)

Plaintiffs do not object to the request to enlarge the time to complete a mandatory settlement conference by 30 days.

Dated:  May 21, 2026

COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP
Attorneys for Defendants AMBITIOUS LINE SA,
SHIKISHIMA KISEN KK, and M/V GROVE
ISLAND


By:   */s/ Lynn L. Krieger*_____
        Lynn L. Krieger


Dated:  May 21, 2026

GIBSON ROBB & LINDH LLP


_____/S/ C. Joseph Ou_____
C. Joseph Ou
jou@gibsonrobb.com
Attorneys for Plaintiffs
HOUSTON CASUALTY CO.; and
GREEN DIAMOND RESOURCE COMPANY


## ATTESTATION LOCAL RULE 5.1(i)(3)

Attestation Local Rule 5.1(i)(3): I, Lynn L. Krieger, hereby attest that additional signatory C, Joseph Ou, counsel of record for defendants HOUSTON CASUALTY CO. and GREEN DIAMOND RESOURCE COMPANY, concurs in the filing of this document.

Dated: May 21, 2026

/S/ Lynn L. Krieger_____
Lynn L. Krieger
lkrieger@cwlfirm.com
Attorneys for Defendants
AMBITIOUS LINE SA, SHIKISHIMA
KISEN KK, and M/V GROVE ISLAND

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

900 Front Street, Suite 350
San Francisco, CA  94111
Tel: 415-438-4600
Fax: 415-438-4601

Case No. 3:24-cv-02292-AMO

JOINT NOTICE RE SPECIFIC OR RANDOM ASSIGNMENT TO MAGISTRATE FOR SETTLEMENT CONFERENCE; REQUEST FOR ENLARGEMENT OF TIME TO CONDUCT SETTLEMENT CONFERENCE; [PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

The above Stipulated Request to enlarge the deadline to complete a mandatory settlement conference to approximately sixty (60) days is hereby GRANTED.  The new deadline is now **July 24, 2026.**

IT IS SO ORDERED.

Dated:    5/22/2026

_____

Hon. Araceli Martínez-Olguín
United States District Judge

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN LLP

900 Front Street, Suite 350
San Francisco, CA  94111
Tel: 415-438-4600
Fax: 415-438-4601

Case No. 3:24-cv-02292-AMO

JOINT NOTICE RE SPECIFIC OR RANDOM ASSIGNMENT TO MAGISTRATE FOR SETTLEMENT CONFERENCE; REQUEST FOR ENLARGEMENT OF TIME TO CONDUCT SETTLEMENT CONFERENCE; [~~PROPOSED~~] ORDER