**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOUSTON CASUALTY CO., a corporation; and GREEN DIAMOND RESOURCE COMPANY, a corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>AMBITIOUS LINE SA, a corporation; Shikishima Kisen KK, a corporation; and M/V GROVE ISLAND, Official No. 9860300, her engines, tackle, apparel, furniture, appurtenances, and equipment, in rem,<br><br>Defendants. | Case No.: 3:24-cv-02292- RMI<br><br>**[~~PROPOSED~~] ORDER RE DEFENDANTS' REQUEST TO CONTINUE TRIAL DATE, PRETRIAL CONFERENCE, AND ALL RELATED PRETRIAL DEADLINES** |

Defendants AMBITIOUS LINE SA, SHIKISHIMA KISEN KK, and M/V GROVE ISLAND ("GROVE ISLAND") requested a continuance of the trail date, pretrial conference, and all related pretrial deadlines, specifically requesting a continuance of the trial from November 16, 2026 to February 22, 2027, along with the pretrial conference, and all attendant pretrial deadlines.

Good cause appearing in the letter brief submitted September 18, 2026, and without opposition, this request is granted.

The trial date in this matter is CONTINUED from November 16, 2026 to February 22, 2027.

The Court will issue a revised Civil Case Management and Pretrial Order reflecting the new deadlines.

~~[OR ALTERNATIVE COURT ORDER~~]

The Court requests the parties submit revised deadlines consistent with the Court's Civil Case Management and Pretrial Order format.

IT IS SO ORDERED.

Dated: September 23, 2026

ROBERT M. ILLMAN
United States Magistrate Judge